UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL NO. 09-05-DLB-JGW

UNITED STATES OF AMERICA                                                           PLAINTIFF

VS.

RICHARD L. EDMONDSON, JR.                                                          DEFENDANT

**REPORT AND RECOMMENDATION**

On April 15, 2013 this matter came on for an evidentiary hearing on petition of the United States Probation Office that the defendant, RICHARD L. EDMONDSON, JR., show cause why his supervised release should not be revoked. The defendant was present in Court and represented by Dennis C. Alerding and the United States was present through Assistant United States Attorney Anthony Bracke. The proceedings were recorded as an audio file and conducted pursuant to 18 U.S.C. § 3401(I). Oral argument was presented by counsel and the defendant admitted violating the terms of his supervised release as set out in the March 27, 2013 violation of U.S.P.O. John D'Alessandro.

After pleading guilty to one count of Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), Edmondson was sentenced on June 5, 2009 to 46 months imprisonment followed by three years of supervised release.  Defendant's term of supervised release began June 8, 2012 and is scheduled to expire on June 7, 2015.  He now stands charged with the following violation:

**VIOLATION #1: THE DEFENDANT SHALL REFRAIN FROM THE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY CONTROLLED SUBSTANCE OR ANY PARAPHERNALIA RELATED TO ANY CONTROLLED SUBSTANCE, EXCEPT AS PRESCRIBED BY A PHYSICIAN**.

On March 19, 2013 the defendant reported to the U.S. Probation Office in the Eastern District of Kentucky and submitted a urine sample which tested positive for opiates. When confronted with positive results, Edmondson admitted to using one of his wife's Percocet pills but he indicated it was a one-time occurrence and that he did not need drug treatment. Defendant does not have a valid prescription for the medication.

The parties have reached an agreement as to the appropriate punishment for the above infraction, and the Court being satisfied from dialogue with the defendant that he understands the nature of the charge now pending against him, has had ample opportunity to consult with counsel, and enters this agreement knowingly and voluntarily, accordingly;

**IT IS RECOMMENDED:**

1. That the defendant be found to have violated the terms of his supervised release as set out above, and that his supervised release be REVOKED;

2. That the defendant, RICHARD LEE EDMONDSON, be sentenced to the custody of the Attorney General for a period of **FIVE (5) MONTHS** with no supervised release to follow;

3. That the sentence be served, if possible, at FCI Lexington, Ashland, or Manchester;

4. Defendant surrender to the U.S. Marshal on **April 29, 2013 by 2:00 p.m.**

Particularized objections to this Report and Recommendation must be filed within fourteen (14) days of the date of service of the same or further appeal is waived. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Wright v. Holbrook, 794 F.2d 1152, 1154-55) (6th Cir. 1986). **If the defendant wishes to address the District Court prior to sentencing, the defendant must so notify the Court in writing within fourteen (14) days.** A party may file a

response to another party's objections within fourteen (14) days after being served with a copy thereof. Rule 72(b), Fed.R.Civ.P.

This 16th day of April, 2013.

Signed By:
*J. Gregory Wehrman*
United States Magistrate Judge