**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 09-5-DLB-JGW**

**UNITED STATES OF AMERICA**                                                                                      **PLAINTIFF**

vs.                                                              **ORDER**

**RICHARD L. EDMONDSON, JR.**                                                                                      **DEFENDANT**

\*      \*      \*      \*      \*      \*      \*

This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of five (5) months, with no supervised release to follow. (Doc. # 33).

Defendant having executed a waiver of his right to allocution (*See* Doc. # 32), no objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, the Court concludes that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)    The Magistrate Judge's Report and Recommendation (Doc. # 33) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)    Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)    Defendant's supervised release is hereby **REVOKED**;

1

(4)    Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **FIVE (5) MONTHS**, with no supervised release to follow; and

(5)    A Judgment shall be entered contemporaneously herewith.

This 3rd day of May, 2013.

Signed By:
David L. Bunning  DB
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2009\09-5 Order Adopting R&R.wpd